IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,              )
                               )   2:10-cv-02999-GEB-JFM
          Plaintiff,           )
                               )   ORDER CONTINUING STATUS
     v.                        )   (PRETRIAL SCHEDULING)
                               )   CONFERENCE
Frank C. Thomas, Individually  )
and as Trustee of the Thomas   )
Family 1991 Trust; Marcella D. )
Thomas, Individually and as    )
Trustee of the Thomas Family   )
1991 Trust,                    )
                               )
          Defendants.          )
_____)
```

Plaintiff states in his Status Report filed March 14, 2011: "Defendants have been served, but have not answered. A Request for Clerk's Entry of Default has been filed against Defendants. . . . Plaintiff has filed a request for Clerk's Entry of Default against Defendants and anticipates a motion date in August 2011." (ECF No. 9, 2:13-15, 3:12-14.)

Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five (45) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on May 13, 2011, why this action should not be dismissed for failure of prosecution.

1

1  Further, the status conference scheduled for March 28, 2011,
2 is continued to commence at 9:00 a.m. on August 29, 2011. A status
3 report shall be filed fourteen (14) days prior to the status conference
4 in which Plaintiff is required to explain the status of the default
5 proceedings.
6  IT IS SO ORDERED.

Dated: March 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge